FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 23 PM 3:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.                                   CR. NO. 04-20243-Ma

RONDA WHITE,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

Before the court is defendant's June 22, 2005, motion requesting continuance of the report date set June 24, 2005. The continuance is necessary to allow for additional preparation in the case.

The Court grants the motion and continues the trial date to August 1, 2005, at 9:30 a.m. with a report date of July 22, 2005, at 2:00 p.m.

The period from July 15, 2005, through August 12, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 23d day of June, 2005.

                        /s/ Samuel H. Mays, Jr.
                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:04-CR-20243 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

R. Price Harris
LAW OFFICES OF R. PRICE HARRIS
100 N Main Street
Ste. 3201
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Samuel Mays
US DISTRICT COURT