IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24  PM 12: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                                      Cr. No. 04-20243-Ma

RONDA WHITE

## ORDER FINDING MOTION FOR BOND MOOT

It appears to the court that on July 28, 2005, Judge Mays ruled upon the defendant's motion to be considered for bond, submitted to the court on July 28, 2005 and subsequently referred to the undersigned. Therefore, it is ORDERED that the defendant's motion to be considered for bond is DENIED AS MOOT.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: August 23, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:04-CR-20243 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

R. Price Harris
LAW OFFICES OF R. PRICE HARRIS
100 N Main Street
Ste. 3201
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT